appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**1**

R. M. REEVES et al. v. STATE. (No. 11438.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.

---

**2**

W. P. REEVES et al. v. STATE. (No. 11439.) Court of Criminal Appeals of Texas. April·11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**3**

W. P. REEVES et al. v. STATE. (No. 11440.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2 Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for

---

appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this· case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**4**

R. M. REEVES et al. v. STATE. (No. 11680.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**5**

R. M. REEVES et al. v. STATE. (No. 11681.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**6**

W. P. REEVES et al. v. STATE. (No. 11682.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas,

for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**1**

W. P. REEVES et al. v. STATE. (No. 11683.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S. W. (2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**2**

Tom ROBERSON v. STATE. (No. 11742.) Court of Criminal Appeals of Texas. March 21, 1928. Rehearing Denied April 18, 1928. Appeal from District Court, Rains County; Grover Sellers, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment is regular, to which the appellant entered his plea of guilty. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J. The motion for rehearing fails to call our attention to any particular matter, either of fact or law, in the original opinion, upon which could be based a claim that we incorrectly decided the case. No authorities are cited. The motion will be overruled.

---

**3**

Tom ROBERSON v. STATE. (No. 11741.) Court of Criminal Appeals of Texas. March 21, 1928. Rehearing Denied April 18, 1928. Appeal from District Court, Rains County; Grover Sellers, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, judgment, and sentence. No error appearing, the judgment will be affirmed.

On Motion for Rehearing.

Appellant sets out no fact in his motion upon which he seeks to predicate a belief that this court did not correctly decide the issues in its original opinion, nor does he cite any authority holding views contrary to those entertained by this court. The motion will be overruled.

---

**4**

Jesus RODRIGUEZ v. STATE. (No. 11764.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Guadalupe County; Lester Holt, Judge. F. E. Knetsch, of Seguin, and E. B. Simmons, of San Antonio, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of 20 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**5**

Sandy SHEFFIELD v. STATE. (No. 11762.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Guadalupe County; Lester Holt, Judge. F. E. Knetsch, of Seguin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of three years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

**6**

Elijah THOMAS v. STATE. (No. 11769.) Court of Criminal Appeals of Texas. March 28, 1928. Appeal from District Court, Walker County; Carl T. Harper, Judge. M. E. Gates, of Huntsville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary. The record is here without any bills of exception or statement of facts. The indictment correctly charges the offense, and is followed by the charge of the court and judg-